Electronically Filed
 Supreme Court
 SCWC-10-0000005
 24-MAR-2014
 10:14 AM

 SCWC-10-0000005
 IN THE SUPREME COURT OF THE STATE OF HAWAI#I

 HAWAI#I MANAGEMENT ALLIANCE ASSOCIATION,
 Petitioner/Petitioner-Appellant,
 vs.
 PREPAID HEALTH CARE OFFICE, DISABILITY COMPENSATION DIVISION,
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, STATE OF HAWAI#I;
A-1 MASTER ROOFING, INC.; PETER TAMURA; ROBERT J. CLEMENTS; AND
 SUZETTE ANGUAY,
 Respondents/Respondents-Appellees.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (CAAP-10-0000005; CIV. NO. 10-1-0151)
 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
 Circuit Judge Crandall, in place of Acoba, J., recused)
 Petitioner/Petitioner-Appellant Hawai#i Management

Alliance Association’s Application for Writ of Certiorari, filed

on February 10, 2014, is hereby rejected.

 DATED: Honolulu, Hawai#i, March 24, 2014.

 William C. McCorriston, /s/ Mark E. Recktenwald
 Kenneth J. Mansfield, and
 Jordan J. Kimura /s/ Paula A. Nakayama
 for petitioner
 /s/ Sabrina S. McKenna
 David M. Louie
 Frances E.H. Lum /s/ Richard W. Pollack
 for respondent
 /s/ Virginia L. Crandall